**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AGHEZZAF, YACINE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS) Office of the Chief Counsel; TRUNG VO, District Director for the Santa Ana Field Office,<br><br>Defendants. | Case No. 8:23-cv-00561-FWS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b) [16]** |

///

///

///

Having reviewed and considered the Parties' Joint Stipulation for Order Remanding Case to United States Citizenship and Immigration Services Pursuant to 8 U.S.C. § 1447(b) [16] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation, and **ORDERS** the following pursuant to the Stipulation:

1. Plaintiff's Form N-400 application for naturalization is **REMANDED** for adjudication to the United States Citizenship and Immigration Services ("USCIS"). USCIS shall take the necessary steps to adjudicate the application for naturalization and issue a decision on the application, all within **ninety (90) days** after the entry of the order of remand. For purposes of this order, this time frame is limited to the decision by USCIS on Plaintiff's naturalization application. This time frame does not include any decision by USCIS regarding any subsequent administrative appeal that Plaintiff may ultimately file pursuant to 8 C.F.R. § 336.2, in the event the application is adjudicated negatively.

2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each side shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: May 17, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE